# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>SURE FIND, LLC, a California Limited Liability Company,<br><br>Defendant. | CASE NO.: CV09-07644 RGK (DTBx)<br><br>ASSIGNED TO THE HONORABLE R. GARY KLAUSNER<br><br>[PROPOSED] JUDGMENT<br><br>[Fed.R.Civ.Pro. 55(b)(2)]<br><br>DATE: May 10, 2010<br>TIME: 9:00 a.m.<br>COURTROOM: 850 |

Plaintiffs' motion for default judgment was taken under submission in the above-referenced Court, the Honorable R. Gary Klausner, United States District Judge, presiding. No appearances by counsel were required.

After full consideration of the evidence, and the authorities submitted by counsel, and for good cause shown:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiffs the Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-

Holiday Savings Trust and Trustees of the Operating Engineers Training Trust shall recover from defendant Sure Find, LLC, a California limited liability company, the principal amount of $64,532.12 (consisting of $25,849.20 in unpaid fringe benefit contributions related to the breach of the Principal Employee Agreement, $10,306.54 in unpaid fringe benefit contributions related to unpaid contributions for work performed by covered employees during the period of January 2009 through April 2009, $19,893.89 in unpaid fringe benefit contributions and contractual interest for breach of the Settlement Agreement, $846.45 in prejudgment interest, $3,615.57 in liquidated damages, and $4,020.47 in attorney's fees), plus post-judgment interest as provided by law from the date of entry of the judgment herein.

Dated: JUL - 2 2010

_____
UNITED STATES DISTRICT JUDGE

Presented May 20, 2010 by:

LAQUER URBAN CLIFFORD & HODGE LLP

By: /s/ *Denise E. Carter*
    Denise E. Carter,
Attorney for Plaintiffs, Trustees of the
Operating Engineers Pension Trust, et al.