I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 9/3/10 mailed to David Taylor
22286 Pinto Dr., Canyon Lake, CA 92587

DEPUTY CLERK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES of the OPERATING ENGINEERS HEALTH And WELFARE FUND, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SURE FIND, LLC,<br><br>Defendant, | No. CV 09-7644-RGK (DTBx)<br>**ORDER TO SHOW CAUSE**<br>Date: October 7, 2010<br>Time: 10:00 a.m.<br>Ct.: 4-3rd Floor |

**ORDER TO SHOW CAUSE**

IT IS HEREBY ORDERED THAT David Taylor, defendant and judgment debtor herein (Judgment Debtor) appear on **October 7, 2010, at 10:00 a.m.** before this Court, located in Courtroom 4, 3rd floor, United States Courthouse, 3470 12th Street, Riverside, California 92501, and show cause why a warrant should not be issued for his arrest, and why he should not be held in contempt of Court for his failure to attend a judgment debtor examination on September 2,

1 | 2010, 10:00 a.m.

5
6 | Dated: September 2, 2010

_____
Honorable David T. Bristow
United States Magistrate Judge